UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6069
18 U.S.C. § 1301
18 U.S.C. § 2



CR-ROETTGER

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

RICHARD FICARELLI, :

    Defendant. :
_____/

## INFORMATION

The United States Attorney charges that:

From at least in or about March, 1995, through in or about July, 1996, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD FICARELLI,**

did knowingly engage in the business of procuring for a person in one State, a ticket, share and interest in a lottery conducted by another State, and did thereby knowingly transmit in interstate commerce, information to be used for the purpose of procuring such a ticket, share and interest, in violation of Title 18, United States Code, Sections 1301 and 2.

                                THOMAS E. SCOTT
                                UNITED STATES ATTORNEY

                                BERTHA R. MITRANI
                                ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

V.

RICHARD FICARELLI                **CERTIFICATE OF TRIAL ATTORNEY***
_____  Superseding Case Information:

**Court Division:** (Select One)      New Defendant(s)        Yes ___  No ___
                                      Number of New Defendants        ___
___ Miami   ___ Key West              Total number of counts          ___
_X_ FTL     ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _No_
   List language and/or dialect _English_

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_         Petty       ___
   II   6 to 10 days      ___         Minor       ___
   III  11 to 20 days     ___         Misdem.     ___
   IV   21 to 60 days     ___         Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? _x_ Yes ___ No

                                       _____
                                       BERTHA R. MITRANI
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Florida Bar No. 88171

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: Richard Ficarelli        No.: _____

Count #I:
Engage in business of procuring interests in lottery tickets interstate; in violation of 18:1301 & 2

*Max Penalty: two years' maximum imprisonment, $250,000 fine

Counts #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BOND RECOMMENDATION

RICHARD FICARELLI

DEFENDANT

$50,000 PERSONAL SURETY BOND

BERTHA R. MITRANI
ASSISTANT UNITED STATES TTORNEY
Fla Bar No.88171
500 East Broward Boulevard; Suite 700
Fort Lauderdale, Florida 33354

**Last Know Address:**

**What Facility:**

**Agent(s):**   Special Agent Geoffrey Swinerton
(**FBI**) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)