U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Richard Ficarelli (surrender)   CASE NO: 00-6069-CR-Roettger

AUSA: Bertha Mitrani *present*   ATTNY: John Romano *present*

AGENT: ___   VIOL: 18:1301, 2

PROCEEDING: Initial Appearance   BOND REC: ___

BOND HEARING HELD — yes/no   COUNSEL APPOINTED: ___

BOND SET @   $50,000 PSB

FILED BY ___ D.C.
MAR 1 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ *own passport by monday* travel documents
4) Rpt to PTS as directed *in WPB* x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms. *surrender guns to another by next friday*
10) Curfew: ___
11) Travel extended to: SD/PC
12) ___ Halfway House
___ Electronic Monitoring

*reside at current address, no illegal drugs or excessive alcohol*

— Advised of charge
— Waives indictment
   Waiver signed

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: ___

DATE: 3-17-00   TIME: 11:00am   TAPE # 00-328   PG # 4
3141-3832