AO 455 (REV. 5/85) Waiver of Indictment



# United States District Court

### SOUTHERN   DISTRICT OF   FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | CASE NUMBER: 00 - 6069 - CR - ROETTGER/ SNOW |
| RICHARD FICARELLI | |

I, Richard Ficarelli, the above named defendant, who is accused of engaging in business of procuring for a person in one State, a ticket, share and interest in a lottery conducted by another State, and did thereby knowingly transmit in interstate commerce information to be used for the purpose of procuring such a ticket, share and interest in violation of 18 U.S.C. §§ 1301 and 2, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on  17 MAR 2000  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant: Richard Ficarelli

Counsel for Defendant: John Romano, Esq.

Before  BARRY S. SELTZER  -3/17/00
UNITED STATES MAGISTRATE JUDGE