FILED by _____ D.C.
MAR 1 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6069-CR_
Roettger

UNITED STATES OF AMERICA,           :

v.                                  :        **NOTICE OF PERMANENT**
                                              **APPEARANCE AS COUNSEL**
Richard Ficarelli                   :                **OF RECORD**

_____         :

COMES NOW __John F. Romano__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: __17 MAR 2000__

Attorney __John F. Romano__
Address __1005 Lake Ave__
City __Lake Worth__ State __FLA__ Zip __33460__
Telephone __561-533-6700__
Florida Bar No. __175700__

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

