

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6069-CR-Roettger

UNITED STATES OF AMERICA

vs

Richard Ficarelli

<u>ARRAIGNMENT INFORMATION SHEET</u>

    The above named Defendant appeared before Magistrate Judge Barry S Seltzer on    3-17-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:    Address:  SEE BOND

    Telephone:

DEFENSE COUNSEL:    Name:  John Romano

    Address:

    Telephone:

BOND SET/~~CONTINUED~~:  $  50,000 PSB

Bond hearing held: yes  X  no____  Bond hearing set for_____

Dated this  17  day of  March  , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No.  00-032.

cc: Clerk for Judge
    U. S. Attorney