UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55242-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6069-CR-NCR
   -vs- ) REPORT COMMENCING CRIMINAL
         ) ACTION
Richard FICARELLI )
        Defendant

*****************************************************

TO: Clerk's Office   MIAMI, **FT. LAUDERDALE**, W. PALM BEACH
    U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

FILED by [signature] D.C.
MAR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

*****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: Self Surrender 03/17/00 am/pm 11:00

(2) Language Spoken: English

(3) Offense(s) Charged: ~~Fax~~ Sell Lottery Ticket out of State

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 08/11/58

(6) Type of Charging Document: (check one)
   [ ] Indictment [✓] Complaint To be filed/Already filed
   Case#: _____

   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Originating District: SD/FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ 50K P.S.
Who set Bond: Self res

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: Self Surrender

(10) Agency: _____   (11) Phone: _____

(12) Comments: _____