UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6069-CR-Roettger

UNITED STATES OF AMERICA,

v.

RICHARD FICARELLI,

    Defendant.
_____/

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

**COMES NOW** Defendant, RICHARD FICARELLI, by and through his undersigned counsel and hereby moves this Honorable Court to Modify Conditions of Release and in support thereof states as follows:

1. On March 17, 2000, Defendant RICHARD FICARELLI entered a Not Guilty plea to a one count Information of knowingly engaging in the business of procuring for a person in one State, a ticket, share and interest in a lottery conducted by another State, and did thereby knowingly transmit in interstate commerce, information to be used for the purpose of procuring such a ticket, share and interest, in violation of Title 18, United States Code, Sections 1301 and 1302.

2. That pursuant to Conditions of Release, Defendant RICHARD FICARELLI is subjected to random drug testing.

3. That Defendant RICHARD FICARELLI has not, nor does he, engage in the use of illegal drugs.

4. Assistant United States Attorney, Bertha Mitrani, has no objection to this Honorable Court waiving the random drug-testing requirement.

**WHEREFORE** Defendant RICHARD FICARELLI respectfully requests this Court Modify the Conditions of Release and terminate the random drug-testing requirement.

**IT IS HEREBY CERTIFIED** that a copy of the foregoing has been furnished by mail this 3rd day of April, 2000, to Assistant United States Attorney, BERTHA MITRANI, ESQ, United States Attorney's Office, 500 E. Broward Blvd, Suite 700, Fort Lauderdale, Florida 33394.

```
                           ROMANO ERIKSEN & CRONIN
                           Post Office Box 21349
                           West Palm Beach, FL    33416-
                           1349
                           Tel: (561) 533-6700
                           Fax: (561) 533-1285
                           Attorneys for Defendant

                    By_____
                           STACEY D. MULLINS
                           Florida Bar No. 937193
```