UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6069-CR-Roettger

UNITED STATES OF AMERICA,

v.

RICHARD FICARELLI,

    Defendant.
_____/

<u>AFFIDAVIT OF STACEY D. MULLINS</u>

STATE OF FLORIDA      )
                            ) S.S.
COUNTY OF PALM BEACH )

    BEFORE ME, the undersigned authority, personally appeared STACEY D. MULLINS who, first being duly sworn, deposes and says:

    1. My name is STACEY D. MULLINS and I am a lawyer licensed to practice in the state of Florida. My Florida Bar number is 937193. I am admitted to practice before the Bar of this Court2.

    2. Pursuant to Local Rule 88.9, Local Rules of the United States District Court for the Southern District of Florida, I have conferred with opposing counsel, Bertha Mitrani, ASA, in an effort in good faith to resolve by agreement the subject matter of Defendant's Motion to Modify Conditions of Release.

    3. Bertha Mitrani, ASA, has no objection to the filing of this Motion.

FURTHER AFFIANT SAYETH NOT.

    DATED this 3rd day of April, 2000.

                                                  STACEY D. MULLINS - Affiant

    The foregoing instrument was acknowledged before me this 3rd day of April, 2000, by STACEY D. MULLINS, who is personally known by me.

_____
(NOTARY SIGNATURE)

_____
(TYPED/PRINTED NAME OF NOTARY)

(SEAL)



WANDA C. GOSMAN
MY COMMISSION # CC 738311
EXPIRES: July 14, 2002
Bonded Thru Notary Public Underwriters

_____
(TITLE OR RANK)

_____
(SERIAL NUMBER, IF ANY)

MY COMMISSION EXPIRES: _July 14, 2002_