UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6069-CR-Roettger

UNITED STATES OF AMERICA,

v.

RICHARD FICARELLI,

Defendant.
_____/

### AGREED ORDER ON DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

THIS CAUSE having come before the Court on Defendant RICARD FICARELLI'S Motion to Modify Conditions of Release, and the Court ha~~ving reviewed the file, heard argument of counsel for the respective parties, and~~ being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. Defendant RICARD FICARELLI'S random drug testing, as a condition of release, is hereby terminated.

DONE AND ORDERED, in Chambers, at Fort Lauderdale, Broward County, Florida on this 5th day of April, 2000.

_____
BARRY S. SELTZER, UNTIED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Stacey D. Mullins, Esq.
Bertha Mitrani, Esq.