HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6069-CR-NCR    Date: 5/30/00
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Mitrani

Defendant(s): 1) Ticarcier    Counsel: S. Williams
(B)    for J. Romano

Reason For Hearing: Plea

Result of Hearing/Judgment: 1) plead & adj as
guilty. PSI ordered. Bond cont'd.
Sent. set Aug 30, 2000 at 1:30 p.m.
Bond cont'd.

Misc.: _____

15
DM