ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6069-CR-Roettger

UNITED STATES OF AMERICA,

v.

RICHARD FICARELLI,

Defendant.
_____/

## DEFENDANT RICHARD FICARELLI'S VERIFIED STATEMENT ASSUMING RELEVANT CONDUCT

**COMES NOW** Defendant, RICHARD FICARELLI, and hereby submits his Verified Statement Assuming Relevant Conduct:

1. Between, in and about March, 1995, and December 1997, Gold Coast Subscribers, Inc (hereinafter referred to as "Gold Coast") was engaged in the business of procuring for a person in one state a share in a lottery club in Florida (Lottery Clubs). In or about the same time, Gold Coast transmitted in interstate commerce information to be used for the purpose of procuring such share (Newsletter).

2. Between, in and about March, 1995, and May, 1996 Richard Ficarelli was an officer of Gold Coast and earned a profit from the business.

3. On or about May 31, 1996, Richard Ficarelli resigned as an officer of Gold Coast. However, Richard Ficarelli continued to produce, and was compensated for, a newsletter for Gold Coast.



RICHARD FICARELLI

STATE OF Florida

COUNTY OF Palm Beach

The foregoing instrument was acknowledged before me this 10th day of July, 2000, by , who personally known by me or who produced

FL DL F264-750-58-291-0

(type of identification)
as identification.

_____
(NOTARY SIGNATURE)

RANDY STOLBERG
MY COMMISSION # CC 821057
EXPIRES: March 28, 2003
Bonded Thru Notary Public Underwriters

Randy Stolberg
(TYPED/PRINTED NAME OF NOTARY)

_____
(TITLE OR RANK)

_____
(SERIAL NUMBER, IF ANY)

MY COMMISSION EXPIRES: 3/28/2003

IT IS HEREBY CERTIFIED that a copy of the foregoing has been furnished by mail and Fax [(954) 769-5566 ]this 10th day of July, 2000, to Georgann Stanley, United States Probation Officer, 299 E. Broward Blvd, Room 409, Fort Lauderdale, Florida 33301.

ROMANO ERIKSEN & CRONIN
Post Office Box 21349
West Palm Beach, FL 33416-1349
Tel: (561) 533-6700
Fax: (561) 533-1285
Attorneys for Defendant

By_____
STACEY D. MULLINS
Florida Bar No. 937193