UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6069-CR-Roettger



UNITED STATES OF AMERICA,

v.

RICHARD FICARELLI,

    Defendant.
_____/

### ORDER ON DEFENDANT'S EMERGENCY MOTION FOR LEAVE TO TRAVEL

THIS CAUSE having come before the Court on Defendant's, RICHARD FICARELLI, Emergency Motion For Leave to Travel, and the Court having reviewed the file, and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant's, RICHARD FICARELLI, September 21, 2000, Emergency Motion for Leave to Travel is hereby granted.

DONE AND ORDERED, in Chambers, at Fort Lauderdale, Broward County, Florida, this **25** day of September, 2000.

                                        */s/ Norman C. Roettger*
                                NORMAN C. ROETTGER, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT FOR THE
                                SOUTHERN DISTRICT OF FLORIDA