UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6069-CR-Roettger

UNITED STATES OF AMERICA,

v.

RICHARD FICARELLI,

Defendant.
_____/

**DEFENDANT'S MOTION FOR CONTINUATION OF SENTENCING HEARING**

**COMES NOW** Defendant, RICHARD FICARELLI, by and through his undersigned counsel, and hereby moves this Honorable Court to grant Defendant's Motion For Continuation of Sentencing Hearing and in support thereof states as follows:

1. That Defendant's, RICHARD FICARELLI, younger sister, Cindy Ficarelli Ferraro, underwent major open-heart surgery on September 28, 2000, in New York.

2. Defendant's, RICHARD FICARELLI, immediate family are unable to travel to Florida for the October 10, 2000 sentencing hearing in order to remain at the bedside of Defendant's, RICHARD FICARELLI, sister during her recuperation period.

3. That Defendant's, RICHARD FICARELLI, key witness is also unavailable to attend this hearing due to the short notice of same.



4. That Defendant's, RICHARD FICARELLI, family and key witness were available for the previously scheduled, court-canceled, August 30, 2000 sentencing hearing.

**WHEREFORE,** Defendant, RICHARD FICARELLI, respectfully requests this Court to grant his Motion For Continuation of Sentencing Hearing.

**IT IS HEREBY CERTIFIED** that a copy of the foregoing has been furnished by U.S. Mail this _3rd_ day of October, 2000, to Assistant United States Attorney, BERTHA MITRANI, ESQUIRE, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394; and United States Pretrial Services Officer, MATTHEW COPELAND, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33401.

ROMANO ERIKSEN & CRONIN
Post Office Box 21349
West Palm Beach, FL  33416-1349
Tel: (561) 533-6700
Fax: (561) 533-1285
Attorneys for Defendant

By _[signature]_
JOHN F. ROMANO
Florida Bar No. 175700