OCT 2 0 2000
CLERK, U.S. ...
S.D. OF FLA. ...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-06069-CR-ROETTGER

UNITED STATES OF AMERICA

v

RICHARD FICARELLI

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>THURSDAY NOVEMBER 16, 2000 at 11:00 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

SENTENCING

---

CLARENCE MADDOX, CLERK

DATED: 10/20/00

BY: P. Hart

Deputy Clerk