**HONORABLE NORMAN C. ROETTGER**
**United States District Court**
**Southern District of Florida**

<u>COURT MINUTES</u>

Case No.: _00- 6069-CR_          Date: _11/16/00_

Courtroom Clerk: _P. Hart_          Court Reporter: _Reeves_

Probation Officer: _____          Interpreter: _____

Plaintiff(s): _U.S.A._          Counsel: _Mitrani_

Defendant(s): _B. Ficarelli_          Counsel: _G. Romano_
_(B)_

Reason For Hearing: _Sentencing_

Result of Hearing/Judgment: _No fine imposed._
_3 yrs prob., assessed $100.00._
_No further debt. W/out permission_
_of prob., complete access of financial_

Misc.: _____