```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )
vs.                        )
                           )
RICHARD FICARELLI,         )    CASE NUMBER:
                           )    00-6069-CR-NCR
         Defendant.        )
                           )
```

Transcript of sentencing proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 16th day of November, 2000.


APPEARANCES OF COUNSEL:

  For the United States:        BERTHA MITRANI, AUSA
                                Fort Lauderdale, Florida

  For the Defendant:            JOHN ROMANO, ESQ.
                                West Palm Beach, Florida

  Court Reporter:               Jerald J. Reeves, RPR

  Proceedings recorded by mechanical stenography.

  Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**