# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

v.            Case no. 00-6069-CR-NCR

RICHARD FICARELLI
    Defendant.
_____/

## MOTION FOR EARLY TERMINATION OF PROBATION

NOW COMES Defendant RICHARD FICARELLI by and through his undersigned attorney, and for his Motion states:

1. On or about November 16, 2000, Defendant Ficarelli was sentenced to 3 years probation on this case. He pled guilty to a 1-Count Information charging him with being a member of a lottery club which received funds to have **all** the members potentially benefit, if **one** of them had a winning lottery number, per 18 USC § 1301(see attached copy of Judgment & Commitment Order).

2. Defendant Ficarelli had no prior arrests or convictions before the instant offense, and has had none subsequently.

3. Defendant Ficarelli is currently employed in his own business as the Art director and manager of business development. Were this Court to terminate his probation, there are other opportunities for him which could increase his employment options. Richard wants to further himself, so he can help himself and

1



his family financially.

4. To show he has support of both family and the community, Defendant Ficarelli has obtained numerous letters of support. Below are some of these letters (copies attached):

| NAME | TITLE | RELATIONSHIP |
|---|---|---|
| Walter J. Dockerill | Pastor of St. Rita Catholic Community Church | Family Pastor |
| Eileen Ficarelli | | Mom |
| John A. DeFendis | Director of Personal Training – Jim Woolard's World Gym's | Personal friend |
| Stanley Preiser | Attorney | Personal friend |
| Darin Carter | Vice-President of CitraCom.com, Inc. | Co-worker |
| Michael Gagliardi | Businessman | Personal Friend |
| Richard Ficarelli | | Father |
| Cindy Ferrara | | Sister |
| Deborah Donohue | | Sister |
| Gregory Donohue | | Brother-in-law |

5. Beginning immediately after his sentencing hearing, Mr. Ficarelli sought to make himself a better person both to those around him, and to society as a whole. These efforts began with his letter of apology to the prosecutor the day after the hearing, and have not stopped since.

6. Mr. Ficarelli took it upon himself to become actively involved in various community service efforts to help others. He works diligently as a leader with the Homeless ministry through St. Rita's Catholic Church in Wellington, Fl. In that capacity, he attends meetings with County officials on behalf of the homeless. He even helped the church to acquire the first permit ever granted in Palm Beach County for the feeding of the homeless.

7. Mr. Ficarelli has also become a coordinator for food donations for the ministry, and goes to the church regularly to assist in the preparation of the donated food. In addition, every Tuesday Mr. Ficarelli goes out to the parks and serves the meals. Reverend Walter J. Dockerill (tel. no. 561-793-8544), Pastor at St. Rita's would be pleased to attest to Mr. Ficarelli's devoted service.

8. In addition, Mr. Ficarelli became actively involved in mentoring a fatherless teenager, a young African-American male named Darin Carter. Mr. Ficarelli saw he was headed down the wrong path. Darin's mother worked full-time, so he was lacking in parental attention, specifically in good male role models.

9. When Mr. Ficarelli first met Darin, he had been fired from his last job for misbehavior. Mr. Ficarelli gave him a responsible position in a burgeoning technology field, providing him with valuable training along the way.

10. Mr. Ficarelli spends a great deal of quality time with Darin, essentially bringing him into his family and showing him a healthy family lifestyle.

Currently Darin goes with Mr. Ficarelli every Tuesday to the homeless ministry that Mr. Ficarelli supports, where they work together in helping others. The best source for information on Mr. Ficarelli's effect on Darin is Darin himself (tel. no. 561-248-5507).

11. Mr. Ficarelli's renewed Christian values, along with the experience in helping Darin, are as much a blessing to him as they are to Darin. In fact, Mr. Ficarelli and his wife have made the decision to dedicate their lives to doing more to help others. The Ficarelli's have been blessed with three healthy young children, ages 3, 8, and 11. Recognizing their good fortune, they have made the decision to open their hearts again and are currently in the process of adopting another child, for whom they can provide a warm, loving family.

12. Finally, Mr. Ficarelli's generosity of spirit carries into the workplace as well. He uses his Internet company to help others, by running free public service announcements to millions of viewers every month. This helps support such causes as The National Center for Missing and Exploited Children, the Circle of Hope, the Breast Cancer Research Center for early detection, and PETA, whose primary goal is the prevention of animal cruelty.

13. The above clearly demonstrate the nature of Mr. Ficarelli's heart, as well as the direction of his efforts in life. These post-conviction efforts are extraordinary.

**14.** As the Court would recall, because of the limited nature of his involvement in the subject lottery club, the government at sentencing recommended the low end of the guide lines (which was 1-3 years probation), no fine, and no supervised release. Undersigned counsel has spoken to counsel for the government recently, but is unable to state the government's position on the instant Motion.

15. Undersigned counsel contacted the probation officer assigned to Defendant Ficarelli, Scott Kirshe tel. no. (561) 804-6850. He stated that his position is that Mr. Ficarelli has abided with all of the conditions of his probation, and has done positive actions in the community, and has no strong feeling one way or the other on the instant Motion, and feels that Mr. Ficarelli is great candidate the Compliant Program (minimal supervision on probation).

WHEREFORE, Defendant Ficarelli prays that this Court will grant his **MOTION FOR EARLY TERMINATION OF PROBATION.**

Respectfully submitted,

*Michael Hursey*
MICHAEL HURSEY, P.A.
Counsel for Defendant FICARELLI
One Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
Telephone: (954) 779-1880
Facsimile: (954) 779-7980
e-mail: mhpalaw@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing was furnished by U.S. Mail to Bertha Mitrani, Esq., United States Attorney's Office, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301, and Scott Kirsche, Probation Officer, United States District Court, 501 South Flagler Drive, Suite 400, West Palm Beach, FL 33401, this 18th, day of July, 2002.

By: _/s/ Michael Hursey_
MICHAEL HURSEY, P.A.
Florida Bar No. 457698