IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

v.                         Case no. 00-6069-CR-NCR

RICHARD FICARELLI
    Defendant.
_____/

### Supplement to Defendant's 'Motion for Early Termination of Probation'

NOW COMES Defendant FICARELLI, by and through his undersigned attorney, and for his Motion states:

1. On or about the 18th day of July, 2002, Defendant Ficarelli filed his *Motion for Early Termination of Probation*. Since that time, several other factors have come to undersigned counsel's attention that this Court should consider when passing on said Motion.

2. Foremost is the deteriorating health condition of Defendant Ficarelli. He is suffering from a nervous condition, which is making his general overall health worsen to the point where he cannot work as much as he did previously. It is also affecting his mental outlook and quality of life (see attached letters from Defendant's doctors).

3. Even so, Defendant Ficarelli has been and is fully complying with all the conditions of his probation. He has already completed nearly 26 months of his 36 months of probation.



4. As a result, Defendant Ficarelli respectfully requests that this Court will factor in his deteriorating health, when deciding whether to give him an early termination of probation.

WHEREFORE, Defendant Ficarelli prays that this Court will grant his *Motion for Early Termination of Probation.*

Respectfully submitted,

_____
MICHAEL HURSEY, P.A.
Counsel for Defendant FICARELLI
One Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
Telephone: (954) 779-1880
Facsimile: (954) 779-7980

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing was furnished by U.S. Mail to Bertha Mitrani, Esq., United States Attorney's Office, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301, and Scott Kirsche, Probation Officer, United States District Court, 501 South Flagler Drive, Suite 400, West Palm Beach, FL 33401, this 23rd day of December, 2002.

By:_____
MICHAEL HURSEY, P.A.
Florida Bar No. 457698

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE