IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6069-CR-NCR

          Plaintiff,

v.

RICHARD FICARELLI,

          Defendant.
_____/

## SECOND ADDENDUM TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW Defendant FICARELLI, by and through his undersigned attorney, and for his Motion states:

1. On or about July 18, 2002, the undersigned filed a Motion for Early Termination of Probation. This was based on the fact that Mr. Ficarelli has successfully completed nearly one-half of his probationary period. The Court has yet to rule on this Motion.

2. The instant Addendum is a letter from Mr. Ficarelli, which outlines for the Court additional reasons (e.g. poor health) why he feels this Court would be justified in terminating his probation early.



WHEREFORE, Defendant Ficarelli prays that this Court will grant his *Motion for Early Termination of Probation.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by U.S. Mail Delivery to Bertha Mitrani, Esq., U.S. Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301, and to Scott Kirsche, U.S. Probation Officer, United States District Court, 501 S. Flagler Drive, Suite 400, West Palm Beach, Florida 33401 this 7th day of May, 2003.

_Michael Hursey_
MICHAEL HURSEY, P.A.
Attorney for Defendant FICARELLI
One Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
Telephone 954-779-1880
Facsimile 954-779-7980
Fla. Bar No. 457698

**Richard J. Ficarelli**
14923 Paddock Drive, Wellington, Florida 33414
Phone: 561.792.9855   fax: 509.463.6311
rjf@citracom.com

April 29, 2003

Honorable Norman C. Roettger
United States District Court
229 East Broward Boulevard
Fort Lauderdale, Florida 33301

Dear Judge Roettger:

On November 16, 2000, your Honor sentenced me to 36 months probation and I have already served 30 months. I plead guilty to a one-count information charging me with violation of 18 USC 1301. A copy of this statute is attached.

I am writing this letter to your Honor today to ask that you please consider the motion for termination of probation filed by my Attorney, Mr. Michael Hursey, on July 19, 2002 and the supplement to that motion advising your Honor of my deteriorating health condition that Mr. Hursey filed on December 30, 2002.

This incident involves the first time I have ever been charged with a criminal violation. In addition, as contained in Mr. Hursey's original motion, I have made a sincere effort to go far beyond what was ordered to show your honor that I am trying very hard to be the best I can be as a Father, Husband and member of the community.

I know the court has a busy schedule, but because of my bad health, I would like to finalize my probation obligation. I therefore respectfully request that your Honor please consider the motion filed on my behalf.

Respectfully submitted,

Richard J. Ficarelli