UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6069-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RICHARD FICARELLI,
    Defendant.
_____/



## ORDER REQUIRING RESPONSE

THIS MATTER come before the court upon motion from counsel representing the above named defendant, filed July 19, 2002, for early termination of Probation. Upon review, it is

**ORDERED and ADJUDGED**:

Counsel representing the plaintiff, United States of America and the United States Probation Office, shall file, within ten (10) days from the date of this order, a response to defendant's motion.

DONE and SIGNED in Chambers at West Palm Beach, Florida this 29th day of July, 2003.

                                            Daniel T. K. Hurley
                                            United States District Judge

**copy furnished:**
AUSA Bertha R. Mitrani
R. Michael Hursey, Esq.
United States Probation Office