UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6069-Cr-HURLEY/VITUNAC

UNITED STATES OF AMERICA

vs.

RICHARD FICARELLI,

Defendant.
_____/

## UNITED STATES' RESPONSE TO MOTION FOR EARLY TERMINATION OF PROBATION

On or about November 16, 2000, the Defendant was sentenced to three years of probation following his plea of guilty to operating an illegal lottery club, in violation of Title 18, United States Code, Section 301. Defendant has filed a motion for early termination of probation. It is the Government's understanding, based on speaking with the Defendant's probation officer, Scott Kirshe, that approximately three months remain until the end of the Defendant's probationary period. Mr. Kirshe also advised that the Defendant has been in full compliance of the terms of his probation and has voluntarily engaged in community service. Based on these

facts, particularly the fact that only three months remain on the Defendant's sentence, at this time, the Government does not oppose the Defendant's Motion for Early Termination of Probation.

          Respectfully submitted,

          MARCOS DANIEL JIMENEZ
          UNITED STATES ATTORNEY

By: *[signature: Kimberly Ahn]*
    for BERTHA R. MITRANI
    Assistant United States Attorney
    Florida Bar No. 88171
    500 East Broward Boulevard
    Fort Lauderdale, Florida 33394
    Tel: 954/356-7255, ext. 3511
    Fax: 954/356-7336
    Email: Bertha.Mitrani@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by regular first class mail on this 13th day of August 2003, to:

Michael Hursey, Esquire

One Financial Plaza

Suite 1615

Fort Lauderdale, Florida 33394

*Kimberly Abel*
for
Bertha R. Mitrani
Assistant United States Attorney