PROB 35
(Rev 1/92)

SD/FL PACTS No. 63187

Report and Order Terminating Probation
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE No. 00-6069-CR-HURLEY

UNITED STATES OF AMERICA

v.

RICHARD FICARELLI

FILED by _____ D.C.

AUG 2 0 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

On November 16, 2000 the above named was placed on probation for a period of three (3) years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Scott T. Kirsche
U. S. Probation Officer
Phone: (561) 804-6850

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 17 day of August, 2003.

Daniel T.K. Hurley
United States District Judge