UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6069-CR-HURLEY

**UNITED STATES OF AMERICA,**
　Plaintiff,

v.

**RICHARD FICARELLI,**
　Defendant.
_____/



### ORDER GRANTING MOTION FOR EARLY TERMINATE OF PROBATION

THIS CAUSE come before the court upon motion from counsel representing the above named defendant for early termination of probation. Upon review of the motion together with the response provided by counsel representing the plaintiff, it is

**ORDERED** and **ADJUDGED** that:

The motion for early termination of probation is **granted**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __18__ day of August, 2003.

**copy furnished:**
AUSA Bertha R. Mitrani
R. Michael Hursey, Esq.
United States Probation Office

　　　　　　　　　　　　　　　　　Daniel T. K. Hurley
　　　　　　　　　　　　　　　　　United States District Judge